IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES HUDSON                          *
                                      *
         PLAINTIFF,                   *
                                      *
v.                                    *          Case No. _____
                                      *
AVERITT EXPRESS INC.                  *
                                      *
         DEFENDANT                    *


**NOTICE OF REMOVAL**

To support removal of this action from the Circuit Court for Escambia County, Florida, to this Court, Defendant, Averitt Express Inc. states:

1.      On September 17, 2014, Plaintiff, James Hudson, commenced a Civil Action entitled *James Hudson v. Ameritt Express Inc.,* Case No. 2014 CA 001771 (the "Civil Action") against Averitt Express Inc. in the Circuit Court of Escambia County, Florida.

2.      On September 22, 2014, Averitt Express Inc. was served with a summons and complaint.  The time for responding to the complaint has not yet expired, and this Notice of Removal is filed within thirty (30) days after service of process on Averitt Express Inc.  A copy of the state court filings in the Civil Action are attached as composite "Exhibit A."

3.      Averitt Express Inc. is a corporation with its principal place of business in Cookerville, Tennessee.  According to the Plaintiff's Complaint ¶2, and on information and belief, the Plaintiff is a resident and citizen of Florida.  Accordingly, there is complete diversity of citizenship of the parties for purposes of this Court's jurisdiction under 28 U.S.C. §1332(a)(1).

4.      Count One of the Plaintiffs' Complaint asserts a negligence claim and seeks an unspecified amount in damages.  However, written correspondence has been exchanged wherein

Plaintiff has demanded a sum in excess of the jurisdictional amount, attached as "Exhibit B."

Accordingly, the Complaint satisfies the $75,000 "matter in controversy" threshold for this

Court's diversity jurisdiction under 28 U.S.C. §1332(a).

5.      Because this Court has original diversity of citizenship jurisdiction over the

dispute between the parties, the Civil Action is removable to this Court pursuant to 28 U.S.C.

§1441(b).

Respectfully submitted,

*/s/ Jannea S. Rogers*
JANNEA S. ROGERS (ROGEJ7403)
*Attorney for Averitt Express Inc.*

**COUNSEL:**
ADAMS AND REESE LLP
Post Office Box 1348
Mobile, AL  36633-1348
251-433-3234 (phone)
251-438-7733 (facsimile)
jannea.rogers@arlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 13**,** 2014, I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Jeremiah J. Talbott, P.A.
900 East Moreno St.
Pensacola, FL  32503
civilfilings@TalbottLawFirm.com

*/s/ Jannea S. Rogers*
OF COUNSEL