IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| James Hudson | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 3:14-CV-00542 |
| | * |
| Averitt Express Inc. | * |
| | * |
| Defendant. | * |

## JOINT STIPULATION OF DISMISSAL

COMES NOW, the parties hereto, Plaintiff James Hudson and Defendant Averitt Express, Inc. by and through undersigned counsel and hereby stipulate to the dismissal of all claims in this matter with prejudice. Each party to bear their own costs.

*Respectfully submitted on this 29th day of September, 2015,*

/s/ **Jannea S. Rogers**
JANNEA S. ROGERS (ROGEJ7403)
*Attorney for Averitt Express Inc.*
ADAMS AND REESE LLP
Post Office Box 1348
Mobile, AL  36633-1348
251-433-3234 (phone)
251-438-7733 (facsimile)
jannea.rogers@arlaw.com

/s/ **Jeremiah J. Talbott (with permission)**
JEREMIAH J. TALBOTT, P.A.
*Attorney for Plaintiff*
900 East Moreno St.
Pensacola, FL  32503
850-437-9600 (phone)
850-437-0906 (facsimile)
civilfilings@TalbottLawFirm.com