# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAMES HUDSON

    VS                                      CASE NO.  3:14cv542-MCR/CJK

AVERITT EXPRESS INC

## CLERK'S DISMISSAL

Upon JOINT STIPULATION OF DISMISSAL filed herein, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same hereby is, dismissed with prejudice, with each party to bear their own costs.

                                          Jessica J. Lyublanovits
                                          Clerk of Court

 September 30, 2015                /s/ *Donna Bajzik*
DATE                                         Deputy Clerk: Donna Bajzik